WILLIAM K. HARRINGTON
United States Trustee for Region 2
U.S. Department of Justice
Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014
Tel. (212) 510-0500
By:     Brian S. Masumoto, Esq.
            Trial Attorney

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re                                                                          :          Chapter 11
                                                                                    :
                                                                                    :          Case No. 15-12690 (MG)
Advance Watch Company Ltd., *et al.*,            :
                                                                                    :          Jointly Administered
                                              Debtors.               :
---------------------------------------------------------------x

## NOTICE OF APPOINTMENT OF OFFICIAL
## COMMITTEE OF UNSECURED CREDITORS

William K. Harrington, United States Trustee for Region 2, pursuant to Sections 1102(a) and (b) of title 11, United States Code, hereby appoints the following unsecured creditors that are willing to serve to the Official Committee of Unsecured Creditors of Advance Watch Company Ltd., and affiliated debtors in possession:

1. RR Donnelley & Sons Company
   4101 Winfield Road
   Warrenville, Illinois 60555
   Attention:  Dan Pevonka, Director Credit Services
   Telephone:  (630) 322-6931

2. Itsy Bitsy Media, Inc.
   114 Troutman Street #411
   Brooklyn, New York 11206
   Attention:  Jeffrey Caldwell, Owner
   Telephone:  (917) 975-4199

    3.      Jeff Smith Consulting LLC
20820 Roundup Road
Elkhorn, Nebraska 68022
Attention: Jeff Smith, Owner
Telephone: (203) 610-3775

    4.      Douglas R. Bennett
385 We Go Court
Deerfield, Illinois 60015
Telephone: (847) 209-5191

    5.      Cindy Riccio Communications
1133 Broadway, Suite 1021
New York, New York 10010
Attention: Cindy Riccio, Owner
Telephone: (646) 205-3573

Dated: New York, New York
        October 8, 2015

                                                  Sincerely,

                                                  WILLIAM K. HARRINGTON
                                                  UNITED STATES TRUSTEE

                                                  By */s/ Brian S. Masumoto*
                                                       Brian S. Masumoto
                                                       Trial Attorney
                                                       U.S. Department of Justice
                                                       Office of the United States Trustee
                                                       U.S. Federal Office Building
                                                       201 Varick Street, Room 1006
                                                       New York, NY 10014
                                                       Tel. (212) 510-0500
                                                      Fax (212) 668-2255