Jeffrey S. Sabin  
Rishi Kapoor  
VENABLE LLP  
1270 Avenue of the Americas  
New York, New York 10020  
Telephone:   (212) 307-5500  
Facsimile:   (212) 307-5598  

Andrew J. Currie (admitted *pro hac vice*)  
Kendall A. Camuti (admitted *pro hac vice*)  
VENABLE LLP  
575 7th Street, NW  
Washington, DC 20004  
Telephone:  (202) 344-4000  
Facsimile:   (202) 344-8300  

*Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| ADVANCE WATCH COMPANY LTD., et al., | : | Case No. 15-12690 (MG) |
| Debtors.[1] | : | Jointly Administered |

### AGENDA FOR OMNIBUS HEARING ON DECEMBER 8, 2015 AT 5:00 P.M.

**Time and Date of Hearing:**   December 8, 2015 at 5:00 p.m. (Prevailing Eastern Time)

**Location of Hearing:**   The Honorable Martin Glenn, Bankruptcy Judge
United States Bankruptcy Court for the
Southern District of New York
Alexander Hamilton Custom House
One Bowling Green, Courtroom No. 501
New York, New York 10004

**Copies of Motions:**   A copy of each pleading may be obtained free of charge by visiting the website of Epiq Bankruptcy Solutions, LLC at http://dm.epiq11.com/AWC.  You may also obtain copies of any pleadings by visiting the Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Advance Watch Company, Ltd. (8061); Binda USA Holdings, Inc. (8916); Sunburst Products, Inc. (5972); and GWG International, Ltd. (2468).

10343410

**I.      Uncontested Matters Going Forward**

     **None**

**II.     Contested Matters Going Forward**

1. **Disclosure Statement Motion.** Debtors' Motion for Entry of an Order (I) Preliminarily Approving the Disclosure Statement; (II) Approving Solicitation Procedures on a Final Basis; (III) Scheduling a Combined Hearing to Consider (A) Final Approval of the Disclosure Statement, and (B) Confirmation of the Joint Plan of Liquidation; and (IV) Establishing Notice and Objection Procedures to Disclosure Statement Approval and Plan Confirmation [Doc. 187]

    Responses:

    a. **Limited Objection to Disclosure Statement Motion**. Limited Objection by Binda SpA S.R.L. to Debtors' Motion Seeking Preliminary Approval of Disclosure Statement and Plan Vote Solicitation Procedures [Doc. 194]

    b. **Reply to Limited Objection.** Debtors' Reply to Limited Objection of Binda SpA S.R.L. to Debtors' Motion Seeking Preliminary Approval of Disclosure Statement and Final Approval of Solicitation Procedures [Doc. __]

    Related Documents:

    a. **Chapter 11 Plan.** Debtors' Joint Plan of Liquidation Under Chapter 11 of the Bankruptcy Code [Doc. 185]

    b. **Disclosure Statement.** Disclosure Statement for Debtors' Joint Plan of Liquidation Under Chapter 11 of the Bankruptcy Code [Doc. 186]

    c. **Supplement to Disclosure Statement Motion**. Supplement to Debtors' Motion for Entry of an Order (I) Preliminarily Approving the Disclosure Statement; (II) Approving Solicitation Procedures on a Final Basis; (III) Scheduling a Combined Hearing to Consider (A) Final Approval of the Disclosure Statement, and (B) Confirmation of the Joint Plan of Liquidation; and (IV) Establishing Notice and Objection Procedures to Disclosure Statement Approval and Plan Confirmation [Doc. 192]

    **Status:**   This matter is going forward for the purpose of presenting a proposed order.

**III.    Adjourned Matters**

     **None**

Dated: New York, New York
December 8, 2015

Respectfully submitted,

VENABLE LLP

_____*/s/ Andrew J. Currie*_____
Jeffrey S. Sabin
Rishi Kapoor
1270 Avenue of the Americas
New York, New York 10020
Telephone:    (212) 307-5500
Facsimile:    (212) 307-5598

- and -

Andrew J. Currie (admitted *pro hac vice*)
Kendall A. Camuti (admitted *pro hac vice*)
575 7th Street, NW
Washington, DC 20004
Telephone:    (202) 344-4000
Facsimile:    (202) 344-8300

*Counsel to the Debtors and Debtors in Possession*