Jeffrey S. Sabin                          Andrew J. Currie (admitted *pro hac vice*)
Rishi Kapoor                              Kendall A. Camuti (admitted *pro hac vice*)
VENABLE LLP                               VENABLE LLP
1270 Avenue of the Americas               575 7th Street, NW
New York, New York 10020                  Washington, DC 20004
Telephone:    (212) 307-5500              Telephone: (202) 344-4000
Facsimile:    (212) 307-5598              Facsimile:   (202) 344-8300

*Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x
                                                  :
In re:                                            :          Chapter 11
                                                  :
ADVANCE WATCH COMPANY LTD., et al.,               :          Case No. 15-12690 (MG)
                                                  :
                              Debtors.[1]         :          Jointly Administered
                                                  :
------------------------------------------------------------ x

### AGENDA FOR OMNIBUS HEARING ON JANUARY 20, 2016 AT 11:00 A.M.

**Time and Date of Hearing:** January 20, 2016 at 11:00 a.m. (Prevailing Eastern Time)

**Location of Hearing:**       The Honorable Martin Glenn, Bankruptcy Judge
                               United States Bankruptcy Court for the
                               Southern District of New York
                               Alexander Hamilton Custom House
                               One Bowling Green, Courtroom No. 501
                               New York, New York 10004

**Copies of Motions:**         A copy of each pleading may be obtained free of charge by visiting
                               the website of Epiq Bankruptcy Solutions, LLC at
                               http://dm.epiq11.com/AWC.  You may also obtain copies of any
                               pleadings by visiting the Court's website at
                               http://www.nysb.uscourts.gov in accordance with the procedures
                               and fees set forth therein.

---

[1]    The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification
       number, are: Advance Watch Company, Ltd. (8061); Binda USA Holdings, Inc. (8916); Sunburst Products, Inc.
       (5972); and GWG International, Ltd. (2468).

## I.    Contested Matters Going Forward

1.    **Plan Confirmation and Final Approval of Related Disclosure Statement.**
Debtors' Memorandum of Law (I) In Support of Confirmation of the Debtors' First
Amended Joint Plan of Liquidation Under Chapter 11 of the Bankruptcy Code and
Final Approval of the Related Disclosure Statement, and (II) In Response to the
Objections to Plan Confirmation [Doc. 227]

Responses:

a.    **Limited Objection to Disclosure Statement Motion**.  Limited Objection by
Binda SpA S.R.L. to Debtors' Motion Seeking Preliminary Approval of
Disclosure Statement and Plan Vote Solicitation Procedures [Doc. 194]

b.    **Reply to Limited Disclosure Statement Objection.**  Debtors' Reply to
Limited Objection of Binda SpA S.R.L. to Debtors' Motion Seeking
Preliminary Approval of Disclosure Statement and Final Approval of
Solicitation Procedures [Doc. 198]

c.    **Binda SpA Objection to Confirmation.**  Objection by Binda SpA S.R.L. to
Confirmation of Debtors' Proposed First Amended Joint Plan of Liquidation
[Doc. 221]

d.    **US Trustee Response.**  Response of the United States Trustee to the First
Amended Joint Plan of Liquidation Under Chapter 11 of the Bankruptcy Code
[Doc. 222]

Related Documents:

a.    **Chapter 11 Plan.**  Debtors' First Amended Joint Plan of Liquidation Under
Chapter 11 of the Bankruptcy Code [Doc. 201]

b.    **Disclosure Statement.** First Amended Disclosure Statement for Debtors' First
Amended Joint Plan of Liquidation Under Chapter 11 of the Bankruptcy Code
[Doc. 205]

c.    **Disclosure Statement Motion.**  Debtors' Motion for Entry of an Order (I)
Preliminarily Approving the Disclosure Statement; (II) Approving Solicitation
Procedures on a Final Basis; (III) Scheduling a Combined Hearing to Consider
(A) Final Approval of the Disclosure Statement, and (B) Confirmation of the
Joint Plan of Liquidation; and (IV) Establishing Notice and Objection
Procedures to Disclosure Statement Approval and Plan Confirmation [Doc.
187]

10500142

d. **Supplement to Disclosure Statement Motion**.    Supplement to Debtors' Motion for Entry of an Order (I) Preliminarily Approving the Disclosure Statement; (II) Approving Solicitation Procedures on a Final Basis; (III) Scheduling a Combined Hearing to Consider (A) Final Approval of the Disclosure Statement, and (B) Confirmation of the Joint Plan of Liquidation; and (IV) Establishing Notice and Objection Procedures to Disclosure Statement Approval and Plan Confirmation [Doc. 192]

e. **Disclosure Statement Order.**  Order Granting Debtors' Motion for Entry of an Order (I) Preliminarily Approving the Disclosure Statement; (II) Approving Solicitation Procedures on a Final Basis; (III) Scheduling a Combined Hearing to Consider (A) Final Approval of the Disclosure Statement, and (B) Confirmation of the Joint Plan of Liquidation; and (IV) Establishing Notice and Objection Procedures to Disclosure Statement Approval and Plan Confirmation [Doc. 206]

f. **Plan Supplement.**  Notice of Filing of Plan Supplement to the Debtors' First Amended Joint Plan of Liquidation Under Chapter 11 of the Bankruptcy Code [Doc. 218]

g. **Voting and Ballot Tabulation Declaration.**    Declaration of Stephenie Kjontvedt on Behalf of Epiq Bankruptcy Solutions, LLC regarding Voting and Tabulation of Ballots Accepting and Rejecting Debtors' First Amended Joint Plan of Liquidation Under Chapter 11 of the Bankruptcy Code [Doc. 223]

h. **Declaration in Support of Plan Confirmation.**  Declaration of Jeffrey L. Gregg in Support of Confirmation of the Debtors' First Amended Joint Plan of Liquidation Under Chapter 11 of the Bankruptcy Code and Final Approval of the Related Disclosure Statement [Doc. 228]

i. **Notice of Proposed Confirmation Order.**  Notice of Proposed Findings of Fact, Conclusions of Law, and Order Confirming the Debtors' Joint Plan of Liquidation under Chapter 11 of the Bankruptcy Code [Doc. 235]

**Status:**    This matter is going forward for the purpose of presenting a proposed order.

10500142

## II.    Uncontested Matters Going Forward

1.    **Imperial Capital Fee Application.**  First and Final Fee Application of Imperial Capital LLC as Investment Banker for the Debtors for Compensation and Reimbursement of Expenses Incurred for the Period from September 30, 2015 Through November 24, 2015 [Doc. 191]

Responses:

**None**

Related Documents:

a.    **Notice of Adjournment.**  Notice of Adjournment of First and Final Fee Application of Imperial Capital LLC as Investment Banker for the Debtors [Doc. 215]

**Status:**    This matter is going forward for the purpose of presenting a proposed order.

## III.    Other

1.    **Amended Motion to Compel Rejection of Unexpired Lease.**    Amended Landlord's Motion to Compel Rejection of Unexpired Lease for 47440 Michigan Ave., Suite 130 and for Relief from Automatic Stay to Enforce Rights under Lease and Applicable Law [Doc. 217]

Responses:

a.    **Debtors' Limited Statement and Reservation of Rights.**  Debtors' Limited Statement and Reservation of Rights in Response to 47440 Michigan Ave., LLC's Amended Motion to Compel Rejection of Unexpired Lease for 47440 Michigan Ave., Suite 130 and for Relief from Automatic Stay to Enforce Rights under Lease and Applicable Law [Doc. 230]

Related Documents:

b.    **Motion to Compel Rejection of Unexpired Lease.**  Landlord's Motion to Compel Rejection of Unexpired Lease for 47440 Michigan Ave., Suite 130 and for Relief from Automatic Stay to Enforce Rights under Lease and Applicable Law [Doc. 216]

**Status:**    Counsel for the Michigan Landlord represented that she will adjourn the motion at the hearing as a result of the resolution reached among the parties.  Currently, however, the Michigan Landlord has not filed a notice of adjournment.

10500142

**IV.**     <u>**Adjourned Matters**</u>

      **None**

Dated: New York, New York
      January 19, 2016

      Respectfully submitted,

      VENABLE LLP

      */s/ Andrew J. Currie*
      Jeffrey S. Sabin
      Rishi Kapoor
      1270 Avenue of the Americas
      New York, New York 10020
      Telephone:    (212) 307-5500
      Facsimile:    (212) 307-5598

      - and -

      Andrew J. Currie (admitted *pro hac vice*)
      Kendall A. Camuti (admitted *pro hac vice*)
      575 7th Street, NW
      Washington, DC 20004
      Telephone:    (202) 344-4000
      Facsimile:    (202) 344-8300

      *Counsel to the Debtors and Debtors in Possession*

10500142