**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------ x
:
In re:                                                                                 :    Chapter 11
                                                                                          :
ADVANCE WATCH COMPANY LTD., et al.,           :    Case No. 15-12690 (MG)
                                                                                          :
            Debtors.¹                                                           :    Jointly Administered
                                                                                          :
------------------------------------------------------------------ x    **Ref. Docket No. 428**

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                             ) ss.:
COUNTY OF NEW YORK  )

FORREST KUFFER, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 22, 2018, I caused to be served the "Notice of Motion of Creditor Trustee for Entry of an Order Extending the Deadline to File Objections to Unsecured Proofs of Claim," dated June 22, 2018, to which was attached the "Motion of Creditor Trustee for Entry of an Order Extending the Deadline to File Objections to Unsecured Proofs of Claim," dated June 22, 2018 [Docket No. 428], by causing true and correct copies to be:

    a. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A, and

    b. delivered via electronic mail to those parties listed on the annexed Exhibit B.

---

¹ The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Advance Watch Company, Ltd. (8061); Binda USA Holdings, Inc. (8916); Sunburst Products, Inc. (5972), and GWG International, Ltd. (2468).

-2-

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Forrest Kuffer*
Forrest Kuffer

Sworn to before me this
25th day of June, 2018
*/s/ Diane M. Streany*
Notary Public, State of New York
No. 01ST5003825
Qualified in the County of Westchester
Commission Expires November 2, 2018

# EXHIBIT A

15-12690-mg    Doc 429    Filed 06/27/18    Entered 06/27/18 11:04:10    Main Document
Pg 3 of 6

ALC INTERNATIONAL, INC,
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATIONS P.O. BOX 7346 PHILADELPHIA PA 19101-7346 |
| OFFICE OF THE UNITED STATES TRUSTEE | UNITED STATES TRUSTEE'S OFFICE REGION 2 U.S. FEDERAL OFFICE BUILDING 201 VARICK STREET, SUITE 1006 ATTN: BRIAN S. MASUMOTO NEW YORK NY 10014 |
| SCHLAM STONE & DOLAN LLP | (COUNSEL TO STINGMARS LIMITED (HONG KONG)) ATTN: BENNETTE D. KRAMER & RICHARD H. DOLAN 26 BROADWAY NEW YORK NY 10004 |

**Total Creditor count  3**

# EXHIBIT B

| Name | Description | Email |
|---|---|---|
| Wells Fargo Bank National Association | Administrative Agent Under the Debtors' First Lien Credit Facility | robert.strack@wellsfargo.com |
| Wells Fargo Bank National Association | Counsel to the Administrative Agent | dfiorillo@otterbourg.com |
| Binda Italia Srl | Affiliate | sbinda@bindagroup.com |
| U.S. Securities and Exchange Commission | U.S. Securities and Exchange Commission | nyrobankruptcy@sec.gov |
| Kenneth Cole | Counsel to Kenneth Cole | matthew.olsen@kattenlaw.com |
| Venable LLP | Counsel to Debtors | aicurrie@Venable.com |
| Venable LLP | Counsel to Debtors | rkapoor@Venable.com |
| Baker & Hostetler LLP | | sweiser@bakerlaw.com |
| Bryan Cave LLP, Attn Lloyd A. Palans | Counsel to Dillard's Inc. | lapalans@bryancave.com |
| Zelmanovitz & Associates PLLC, Attn Menachem O. Zelmanovitz | Counsel to NFL Properties LLC | mendy@zelmlaw.com |
| Golan & Christie, LLP, Attn Barbara L. | Counsel to Staffing Network, LLC | blyong@golanchristie.com |
| Katten Muchin Rosenman LLP, Attn Matthew W. Olsen | Counsel to Kenneth Cole | matthew.olsen@kattenlaw.com |
| Arent Fox, Attn: Robert M. Hirsh, George P. Angelich & Jordana L. Renert | Counsel to Committee of Unsecured Creditors | robert.hirsh@arentfox.com; george.angelich@arentfox.com; jordana.renert@arentfox.com |
| Imperial Capital LLC | | Rwarshauer@imperialcapital.com; Jbyrne@imperialcapital.com; |
| Dunnington Bartholow & Miller LLP, Attn: Steven E. Lewis & Samuel A. | Counsel to Publicis, Inc. | slewis@dunnington.com; sblaustein@dunnington.com |
| Blank Rome LLP, Attn: Michael Z. Brownstein, Esq. Stanley B. Tarr, Esq. | Counsel to ZY Holdings LLC | mbrownstein@blankrome.com; tarr@blankrome.com |
| Meister Seelig & Fein LLP | Counsel to 1407 Broadway Operator, | cjm@msf-law.com |
| Simon Property Group, Inc., Attn: Ronald M. Tucker, Esq. | | rtucker@simon.com |
| Riemer & Braunstein LLP, Attn: Steven E. Fox, Esq. | Counsel to Binda SPA S.R.L. | sfox@riemerlaw.com |
| Riemer & Braunstein LLP, Attn: Alan B. Braunstein, Esq. | Counsel to Binda SPA S.R.L. | abraunstein@riemerlaw.com |
| Province | Peter Kravitz | pkravitz@provincefirm.com |
| Province | Amanda Demby | ademby@provincefirm.com |
| AskLLP | Edward E. Neiger | eneiger@askllp.com |
| AskLLP | Kendra K. Bader Esq | kbader@askllp.com |
| AskLLP | | lmiskowiec@askllp.com |
| NYS Dept of Taxation and Finance | Jeffrey K. Cymbler | Jeffrey.Cymbler@tax.ny.gov |
| Schulte Roth & Zabel LLP | Counsel to Emerald Capital Advisors Corp. | michael.cook@srz.com |
| Rosenberg & Estis, P.C., Attn: Howard W. Kingsley, Esq. | Counsel to SRI Eleven 1407 Broadway Operator LLC | hkingsley@rosenbergestis.com |